Kanach, et ux., Appellants, *v.* Gene Mark Construction Company, et al.

Argued March 17, 1976. *John J. Hagarty,* with him *Daniel*

*Sherman*, for appellants; *Samuel W. Salus, II*, with him *Koch, Phelps and Salus*, for appellees.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.